IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN BAKER,

   Plaintiff,

vs.

VILLAGE AT BEARDSLEE PHASE I, LLC,

   Defendant.

NO. 2:19-cv-00497-RSM

**ORDER GRANTING MOTION TO EXTEND CASE DEADLINES**

THIS MATTER came before this Court upon the Plaintiff's Ex-Parte Motion to Extend Case Deadlines. Having reviewed the motion and supporting declaration, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. The initial case schedule is amended as follows:

| Deadline | Requested Date |
| --- | --- |
| FRCP 26(f) Conference | 6/5/2019 |
| Initial Disclosures | 6/12/2019 |
| Combined Joint Status Report and Discovery Plan | 6/19/2019 |

Order to Extend Initial Case Deadlines - Page 1 of 2

Case No. 2:19-cv-00497-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

DATED THIS 28 day of May 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented this 24th Day of May, 2019,

*s/ Michael Terasaki*
Michael Terasaki, WSBA# 51923
WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
terasaki@wacda.com
(206) 971-1124

*s/ Conrad Reynoldson*
Conrad Reynoldson, WSBA# 48187
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
conrad@wacda.com
(206) 876-8515

*Attorneys for Plaintiff*

Order to Extend Initial Case Deadlines -
Page 2 of 2

Case No. 2:19-cv-00497-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558