1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8 | BRIAN BAKER,

9 |             Plaintiff,

10 |     vs.

11 | VILLAGE AT BEARDSLEE PHASE I, LLC,

12 |             Defendant.

13

NO.  2:19-cv-00497-RSM

**NOTICE OF DISMISSAL
PURSUANT TO RULE 41**

14

15 | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

16

17 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

18 | Plaintiff Brian Baker and his counsel hereby give notice that the above-captioned action is

19 | voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties.

20 | Defendant has formally appeared in this case and has not served either an answer or a motion for

21 | summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

22 | /

23 | /

NOTICE OF DISMISSAL PURSUANT
TO RULE 41 - Page 1 of 3

Case No. 2:19-cv-00497-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1

DATED THIS 17th day of June, 2019

2

Respectfully submitted,

3

**WASHINGTON CIVIL AND DISABILITY**

4
**ADVOCATE**

5
*s/ Michael Terasaki*
Michael Terasaki, WSBA# 51923

6
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105

7
terasaki@wacda.com
(206) 971-1124

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF DISMISSAL PURSUANT
TO RULE 41 - Page 2 of 3

Case No. 2:19-cv-00497-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1

## **CERTIFICATE OF SERVICE**

2

3        I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk

4    of the Court using the CM/ECF system, which will send notification of such to all parties of

5    record, and additionally sent a true and correct copy to the counsel for Defendant Village at

6    Beardslee Phase I, LLC, who had not formally appeared in this case, via email to:

7

8        Terry Kitay
         tkitay@kitaylaw.net
9        PO Box 597
         Oak Island, NC 28465
10       (910) 250-1982

11

12                                              s/ Michael Terasaki
                                                Michael Terasaki
13                                              *Attorney for Plaintiff*

14

15

16

17

18

19

20

21

22

23

NOTICE OF DISMISSAL PURSUANT          WASHINGTON CIVIL & DISABILITY ADVOCATE
TO RULE 41 - Page 3 of 3                        4115 Roosevelt Way NE, Suite B
                                                      Seattle, WA 98105
                                                       (206) 428-3558
Case No. 2:19-cv-00497-RSM